FILED

NOV 13 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ________ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CR-332-BO

UNITED STATES OF AMERICA )
)
v. )
)
DANIEL MITCHELL )

**CRIMINAL INFORMATION**

The United States Attorney charges that:

**General Allegations**

1. At all times relevant to this Criminal Information, the Federal Correctional Center (FCC) Butner Bureau of Prisons facility in North Carolina housed federal inmates. The prison included a special housing unit (SHU) that contained inmate living cells and separate individual holding cells.

2. K.G. was an inmate housed in the SHU at FCC Butner.

3. On or about December 8, 2021, DANIEL MITCHELL was on duty and working as a Lieutenant (LT), and R.J. was on duty and working as a Correctional Officer (CO), both at FCC Butner.

4. On or about December 8, 2021, CO A.W. reported to LT MITCHELL that inmate K.G. exposed himself and engaged in a sexual act within her view as she was doing rounds in the SHU.

5. On or about December 8, 2021, MITCHELL and R.J. spoke in MITCHELL's office and discussed how to handle CO A.W.'s allegation against inmate K.G.

6. FCC Butner had an official administrative process for addressing inmate misconduct, including writing up an inmate for a violation of law or policy.

7. The officers at FCC Butner referred to an inmate's disciplinary write-up as a "shot" and the formal delivery of the completed write-up to an inmate as "counseling" or "serving a shot."

## THE CHARGE

8. Paragraphs 1 through 7 are realleged and incorporated herein as though fully set forth in this count.

9. On or about December 8, 2021, the defendant, DANIEL MITCHELL, knowingly and willfully conspired and agreed with R.J. to injure, oppress, threaten, and intimidate inmate K.G. in the free exercise and enjoyment of the right, secured and protected by the Constitution and laws of the United States, not to be subjected to cruel and unusual punishment, which includes the right to be free from the use of force amounting to punishment by a law enforcement officer.

## Plan and Purpose of the Conspiracy

10. The plan and purpose of the conspiracy was for DANIEL MITCHELL and R.J. to punish K.G. for allegedly exposing himself and engaging in a sexual act

within view of CO A.W. by having K.G. removed from his cell and placed in a nearby holding cell, where R.J. would physically assault K.G.

**Overt Acts**

11. In furtherance of the conspiracy and to effect the object of the conspiracy, the defendant and his co-conspirator committed the following overt acts, among others, at FCC Butner, in the Eastern District of North Carolina:

a. In response to hearing CO A.W.'s allegations, MITCHELL called R.J. into MITCHELL's office to discuss how best to punish K.G., who they described as a "jerk," venting about how officers should not have to deal with this type of inmate behavior.

b. MITCHELL and R.J. agreed that something needed to be done to K.G., and that the traditional, approved mechanisms of punishment at the facility would be insufficient.

c. MITCHELL directed R.J. to pull K.G. into a holding cell for "counseling," though they both knew that no "shot" had yet been prepared.

d. MITHELL further directed R.J. as part of this "counseling" to "teach [K.G.] a lesson" and "touch" or "tune" him up; terms they both understood to involve physical punishment.

e. Reflective of his intention for R.J. to inflict physical punishment on K.G., and his knowledge that doing so would be unlawful, MITCHELL instructed R.J. to "stay away from [K.G.'s] face."

f. Having received these instructions from MITCHELL to assault K.G. as punishment for the alleged misconduct, R.J. asked fellow COs to move K.G. from his cell to a separate holding cell.

g. Once alone in the holding cell with K.G., R.J. struck K.G. several times, knocking him to the ground.

h. When K.G. was lying on the ground, R.J. kicked K.G. several additional times.

i. R.J. only stopped assaulting K.G. when several other COs heard the commotion and entered the cell to intervene, pulling R.J. away and assisting K.G. to his feet.

j. Later in the day, and after R.J.'s use of force in the holding cell, K.G. was given a "shot" for his alleged indecent exposure and engagement in a sexual act.

All in violation of Title 18, United States Code, Section 241.

This the 13th day of November, 2024.

MICHAEL F. EASLEY, JR.
United States Attorney

JAKE D. PUGH
Assistant United States Attorney

ERIC PEFFLEY
Trial Attorney
Civil Rights Division